```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**SIDNEY V. BARKER,**

      Plaintiff,

v.                                      Civil Action No. 2:07-0815
                                                   (Lead Case)

**JOHN A. KING D.O. and**
**DAVID MCNAIR and**
**TEAYS VALLEY HEALTH SERVICES, INC. and**
**D/B/A PUTNAM GENERAL HOSPITAL and**
**HCA, INC. and**
**HEALTHTRUST, INC. - THE HOSPITAL COMPANY and**
**HOSPITAL CORP, L.L.C. and**
**WRIGHT MEDICAL TECHNOLOGY, INC. and**
**ROBERT EDWARDS AKA BOB EDWARDS and**
**EBI L.P.,**

      Defendants.

<u>JUDGMENT ORDER</u>

In accordance with the memorandum opinion and order entered this same day, it is ORDERED and ADJUDGED as follows:

1. That plaintiff's consolidated motion to remand be, and it hereby is, granted;

2. That this judgment order be, and it hereby is, deemed applicable to the remaining 123 removed actions; and

3. That each of the 124 removed actions, be, and they hereby are, remanded to the Circuit Court of Putnam County for all further proceedings.

**The Clerk is directed to forward a copy of this judgment order to counsel of record and a certified copy to the clerk of court for the Circuit Court of Putnam County.**

**ENTER:  March 13, 2008**

_____
John T. Copenhaver, Jr.
United States District Judge